**FILED**

10/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0372

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-22-0372

JOHN ARONOW HOAG,

     *Petitioner/Appellant*

v.

DAVY TICHGON HOAG and ANNE HOAG WHEELER, individually and as Trustees of the REGINE ARONOW HOAG LIVING TRUST, KATHERINE M. HOAG, PETER A. HOAG, SUSAN R. WHEELER, MEGAN R.I. WHEELER,

     *Respondents/Appellees*

## ORDER DISMISSING APPEAL

UPON REVIEW of the Motion to Dismiss Appeal by Stipulation, and good cause appearing;

IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice with each party to bear their own costs and expenses.

Dated this _____ day of October 2022.

_____
Supreme Court Justice

cc:    David B. Cotner/Brian T. Geer
       Grant Snell/Ashley DiLorenzo

ORDER DISMISSING APPEAL

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 24 2022